**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6921**

———————————

ERIC A. BRICE,

Plaintiff - Appellant,

versus

VIRGINIA BEACH CORRECTIONAL CENTER; FRANK
DREW; JOHN NIEVES, Deputy Sheriff,

Defendants - Appellees,

CITY OF VIRGINIA BEACH,

Defendant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. William T. Prince, Magistrate Judge. (CA-91-583)

———————————

Submitted: October 31, 1997          Decided: January 20, 1998

———————————

Before RUSSELL and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Eric A. Brice, Appellant Pro Se. Abram William VanderMeer, Jr., CLARK & STANT, P.C., Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Eric A. Brice appeals the magistrate judge's order[*] re-entering judgment and once again denying relief on his 42 U.S.C. § 1983 (1994) complaint. In this case, we previously vacated the magistrate judge's order adverse to Brice and remanded for reconsideration of the possibility that Brice had shown sufficient facts to survive a motion for summary judgment with regard to his claim of deliberate indifference to a serious medical need. See Brice v. Virginia Beach Correctional Ctr., 58 F.3d 101 (4th Cir. 1995). We have reviewed the record and the magistrate judge's specific and careful findings of fact and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. Brice v. Virginia Beach Correctional Ctr., No. CA-91-583, (E.D. Va. Dec. 19, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

[*] The parties consented to the jurisdiction of the magistrate judge under 28 U.S.C. § 636(c) (1994).

2